# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

142692

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BEN HANSEN, INTERNATIONAL CENTER
FOR THE STUDY OF PSYCHIATRY AND
PSYCHOLOGY, INC., and LAW PROJECT FOR
PSYCHIATRIC RIGHTS, INC.,
         Plaintiffs-Appellants,

v

DEPARTMENT OF COMMUNITY HEALTH,
         Defendant-Appellee.

SC: 142692
COA: 294415
Ingham CC: 09-000759-CZ

_____/

     On order of the Court, the application for leave to appeal the January 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011

Clerk

y0921